ACCEPTED
04-15-00041-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/17/2015 1:48:14 PM
KEITH HOTTLE
CLERK

## CAUSE NUMBER: 10-422A

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/17/2015 1:48:14 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **MICHAEL MIDDLETON,** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| -v- | § | |
| **TEMPLETON MORTGAGE** | | **216th JUDICIAL DISTRICT** |
| **CORPORATION, JERRY W. CORBIN,** | § | |
| **Trustee, B.D. ADKINS, Trustee,** | | |
| **PATTY CORBIN, Trustee, ENOS** | § | |
| **HAMPTON, Independent Executor** | | |
| **of the Estate of Betty G. Robinson,** | § | **KENDALL COUNTY, TEXAS** |
| **Defendants.** | § | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gary M. Poenisch is appearing Pro Se. All notices maybe sent pursuant to Tex.R.Civ.P., Rule 21A to Gary M. Poenisch at the following address:

GARY M. POENISCH, P.L.L.C.
206 E. Locust Street, Suite 218
San Antonio, Texas 78212
Telephone: (210) 212-6700
Telecopier: (210) 212-2178

Respectfully submitted,

GARY M. POENISCH, P.L.L.C.

By: _____
Gary M. Poenisch
206 East Locust Street, Suite 218
San Antonio, Texas 78212
Telephone: (210) 212-6700
Telecopier: (210) 212-2178
State Bar Number: 16084900

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded in accordance with the Texas Rules of Civil Procedure to the counsel of record as set out below:

Kenneth E. Grubs
4241 Woodcock Drive, Suite C120
San Antonio, Texas 78228
*Attorney for Michael Middleton*


Keith C. Thompson
11003 Quaker Avenue
Lubbock, Texas 79424
*Attorney for Templeton Mortgage Corporation*


on this the 17th day of February, 2015.


Gary M. Poenisch